168



SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3  BIANCA R. PUCCI
   Assistant United States Attorney
4  Nevada Bar No. 16129
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   Tel: (702) 388-6336
6  Fax: (702) 388-6418
   Bianca.Pucci@usdoj.gov
7  *Attorneys for the United States*

```
_____ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        SEP 1 3 2023

        CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

8              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
9

10  UNITED STATES OF AMERICA,          **SEALED**
                                       **CRIMINAL INDICTMENT**
        Plaintiff,
11
                                       **Case No.** 2:23-cr-*0168-JCM-BNW*
12          vs.

13  SAMVEL ASOYAN,                     **VIOLATIONS:**

        Defendants.                    18 U.S.C. §§ 922(a)(6) and 924(a)(2) –
14                                      Illegal Acquisition of a Firearm

15  **THE GRAND JURY CHARGES THAT:**

16
                **COUNTS ONE THROUGH TWENTY-TWO**
17                    *Illegal Acquisition of a Firearm*
                   (18 U.S.C. §§ 922(a)(6) and 924(a)(2))
18
        On or about the dates below, in the State and Federal District of Nevada,
19
                            **SAMVEL ASOYAN,**
20
    defendant herein, in connection with, as described below, the acquisition of firearms from
21
    licensed dealers of firearms within the meaning of Chapter 44 of Title 18, United States
22
    Code (the "Dealers"), knowingly made and caused to be made a false and fictitious
23
    written statement to each of the Dealers, which statement was intended and likely to
24
    deceive each of the Dealers as to a fact material to the lawfulness of the sale of said

firearm to the defendant under Chapter 44 of Title 18, United States Code, in that

SAMVEL ASOYAN did complete and execute a Bureau of Alcohol, Tobacco, Firearms

and Explosives Form 4473 Firearms Transaction Record, wherein SAMVEL ASOYAN

represented that he was a Nevada resident when in fact, and as the defendant well knew,

he was a California resident:

| COUNT | Purchase Date | FFL | Make | Model | Caliber | Serial Number |
|---|---|---|---|---|---|---|
| ONE | March 20, 2022 | FFL-1 | Glock | 19 | 9mm | BUHL065 |
| | | | Glock | 45 | 9mm | BLLY168 |
| TWO | May 20, 2022 | FFL-2 | Glock | 43X | 9mm | BWKT519 |
| | | | Glock | 43X | 9mm | BWUT960 |
| THREE | May 25, 2022 | FFL-2 | Beretta | 84 | .380 | Y47324Y |
| FOUR | May 26, 2022 | FFL-3 | Colt | Government | .45 | 2812661 |
| | | | Browning | High-power | 9mm | 69C4885 |
| FIVE | August 12, 2022 | FFL-3 | Standard MFG | 1911 | .45 | GVT001870 |
| | | | Browning Arms | High-power | 9mm | 511MN50466 |
| SIX | September 9, 2022 | FFL-3 | Glock | 43X | 9mm | AGMX672 |
| SEVEN | October 15, 2022 | FFL-4 | Mauser-Werke AG Oberndorf A.N. | HSC | .380 | 4718 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **EIGHT** | October 15, 2022 | FFL-1 | Glock | 17 Gen 5 | 9mm | AGFY072 |
| | | | Glock | 43X | 9mm | BXBX427 |
| | | | Glock | 43X | 9mm | BXBX444 |
| | | | Glock | 19 Gen 5 | 9mm | BVUM505 |
| | | | Glock | 19 | 9mm | AFYD875 |
| **NINE** | October 19, 2022 | FFL-4 | Beretta | 85BB | .380 | Y04938Y |
| **TEN** | October 19, 2022 | FFL-2 | Glock | 43X | 9mm | BXKH615 |
| | | | Sig Sauer | 365 XL | 9mm | 668899536 |
| | | | Glock | 43X | 9mm | BXKH616 |
| | | | Glock | 45 | 9mm | BYCL639 |
| **ELEVEN** | October 19, 2022 | FFL-5 | Smith & Wesson | M&P 9 | 9mm | SBF7914 |
| **TWELVE** | October 28, 2022 | FFL-6 | Smith & Wesson | M&P 9 | 9mm | SBF7446 |
| | | | Glock | 19 | 9mm | AFSH840 |
| | | | Glock | 43X | 9mm | BYBE081 |
| **THIRTEEN** | December 10, 2022 | FFL-3 | FN | Hi Power | 9mm | 511MX70731 |
| | | | Glock | 43X | 9mm | BXT0903 |
| | | | Glock | 43X | 9mm | BVML617 |
| | | | North American Arms | Pug | .22 mag | TQP00952 |
| **FOURTEEN** | January 21, 2023 | FFL-4 | Smith & Wesson | 39-2 | 9mm | A284027 |
| **FIFTEEN** | February 4, 2023 | FFL-4 | FNH/ Browning Arms Company | BDA-380 | .380 | 425PN06564 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **SIXTEEN** | February 4, 2023 | FFL-7 | Smith & Wesson | M&P Bodyguard 380 | .380 | KJH0968 |
| **SEVENTEEN** | February 17, 2023 | FFL-1 | Glock | 19 Gen 5 | 9mm | BWYY058 |
| | | | Glock | 43X | 9mm | BYXK321 |
| **EIGHTEEN** | February 26, 2023 | FFL-4 | Sturm Ruger & Co. | MK II | .22 | NRA-16463 |
| **NINETEEN** | May 28, 2023 | FFL-4 | FI Brazil/ Springfield Inc. | None | .45 | N347181 |
| **TWENTY** | July 23, 2023 | FFL-4 | Smith & Wesson | 36 Revolver | .38 | 760053 |
| **TWENTY-ONE** | July 24, 2023 | FFL-4 | Colt | MKIV/ SERIES 70 Gold Cup | .45 | 07200N70 |
| **TWENTY-TWO** | July 24, 2023 | FFL-2 | CZ | Shadow 2 | 9mm | G219913 |

all in violation of Title 18, United States Code, Sections 922(a)(6), and 924(a)(2).

## FORFEITURE ALLEGATION
### *Illegal Acquisition of a Firearm*

1. The allegations of Counts One through Twenty-Two of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

2. Upon conviction of any of the felony offenses charged in Counts One through Twenty-Two of this Criminal Indictment,

**SAMVEL ASOYAN,**

defendant herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(a)(6):

1. Smith & Wesson, 36, .38 caliber revolver bearing serial number 760053;

4

2.  Colt, MKIV/SERIES 70 Gold Cup, .45 caliber firearm bearing serial number 07200N70; and

3.  any and all firearms or any and all compatible ammunition with the requisite nexus to violations of 18 U.S.C. § 922(a)(6) under 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(2)(C).

All under 18 U.S.C. § 922(a)(6) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

**DATED:** this 13th day of September, 2023.

**A TRUE BILL:**


/S/
FOREPERSON OF THE GRAND JURY


JASON M. FRIERSON
United States Attorney


BIANCA R. PUCCI
Assistant United States Attorney