RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Samvel Asoyan

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMVEL ASOYAN,<br><br>    Defendant. | Case No. 2:23-CR-00168-JCM-BNW<br><br>**STIPULATION TO CORRECT PRETRIAL MOTION DEADLINES**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Samvel Asoyan, that the parties herein shall have to and including February 13, 2024, to file all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including February 27, 2024, to file all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including March 5, 2024, to file all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. On December 27, 2023, the parties filed a stipulation to continue motion deadlines and trial dates. ECF No. 17. On December 27, 2023, an order was signed granting the stipulation. ECF No. 18. The stipulation contains a clerical error in regard to the reply date, which was shortened to five days, instead of the required seven days.

This is the first stipulation to correct pretrial motion deadlines filed herein.

DATED this 5th day of January, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Bianca Pucci*<br>BIANCA PUCCI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00168-JCM-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| SAMVEL ASOYAN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the parties herein shall have to and including February 13, 2024, to file all pretrial motions and notices of defense.

IT IS FURTHER ORDERED that parties shall have to and including February 27, 2024, to file all responsive pleadings.

IT IS FURTHER ORDERED that the parties shall have to and including March 5, 2024, to file all replies to dispositive motions.

DATED this 10th day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3