# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00168-JCM-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| SAMUEL ASOYAN, | |
| Defendant. | |

Presently before the Court is Defendant Samuel Asoyan's motion for the issuance of subpoenas pursuant to Fed. R. Cr. P. 17(c). ECF No. 27. The Government filed a notice of non-opposition. ECF No. 29.

As to the records listed under categories (1)-(4), the Court finds that Asoyan has satisfied the tests under *United States v. Iozia* and *United States v. Nixon* and shown good cause for the production of these documents before trial. *United States v. Iozia*, 13 F.R.D. 335, 338 (D.C.N.Y. 1952); *United States v. Nixon*, 418 U.S. 683, 699 (1974). This finding is preliminary and takes into account that the Court is not privy to the arguments Asoyan wishes to make in his forthcoming motion to suppress and, as such, cannot make any particular findings regarding relevance. This order may be modified based on (1) any motion to quash/modify and (2) any opposition to such motion.

As to items (5)-(10), the Court notes these requests read like interrogatories. No authority has been provided for the notion that this Court can order Motorola Solutions to answer these questions under Fed. R. Cr. P. 17(c).

IT IS HEREBY ORDERED that the Court will authorize the issuance of a subpoena to Motorola Solutions for items (1) through (4) listed at ECF No. 27-1. The subpoena must be immediately served on Motorola Solutions. In turn, Motorola Solutions shall produce to the

Federal Public Defender's Office in Las Vegas, Nevada, by March 1, 2024, the items described in the subpoena.

DATED: February 20, 2024

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE