RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Samvel Asoyan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMVEL ASOYAN,<br><br>        Defendant. | Case No. 2:23-cr-00168-JCM-BNW<br><br>**Stipulation to Extend Time to File Defendant's Reply to Response to Motion to Suppress**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David C. Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Samvel Asoyan, request that the due date for Mr. Asoyan's Reply to Response to Motion to Suppress, be extended from April 4, 2024, to April 18, 2024; and that the due date for the government's surreply be set for April 25, 2024.

This Stipulation is entered into for the following reasons:

1.     There is expected forthcoming disclosures from Mr. Asoyan's subpoena on Motorola Solutions. There is also an upcoming hearing on Motorola Solution's Motion to Quash Mr. Asoyan's subpoena, which may garner further disclosures.

2. Given these forthcoming disclosures, Mr. Asoyan requests his reply deadline for his Motion to Suppress be continued to April 18, 2024 so he can incorporate these disclosures into his Reply, potentially obviating the need for a Supplement.

3. Because the disclosures may bring new factual arguments not made in Mr. Asoyan's Motion to Suppress, the parties request this Court set a surreply deadline for April 25, 2024, so the government can respond to any new factual arguments made in the Reply.

This is the first request for a continuance of the reply deadline.

DATED this 4th day of April 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Benjamin F. J. Nemec<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By /s/ David C. Kiebler<br>DAVID C. KIEBLER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMVEL ASOYAN,<br><br>    Defendant. | Case No. 2:23-cr-00168-JCM-BNW<br><br>ORDER |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Time for filing his Reply to Response to Motion to Suppress, that the Defendant's deadline to file his Reply is extended to April 18, 2024; and that the Government's deadline to file its surreply is set for April 25, 2024.

DATED this   5   day of April 2024.

_____
UNITED STATES DISTRICT JUDGE

3