RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Samvel Asoyan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMVEL ASOYAN,<br><br>        Defendant. | Case No. 2:23-cr-00168-JCM-BNW<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Benjamin F. J. Nemec, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and David C. Kiebler, Assistant Federal Public Defender, counsel for Samvel Asoyan, that the Evidentiary Hearing currently scheduled on April 22, 2024, be vacated and continued to the week of June 10, 2024.

      This Stipulation is entered into for the following reasons:

      1.    The parties have conferred and both parties are available the week of June 10th. This will allow the defense to subpoena the necessary documents and parties while allowing this Court to resolve the motion to suppress before trial in light of the concurrently filed trial stipulation.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the evidentiary hearing.

DATED this 16th day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ David C. Kiebler*<br>DAVID C. KIEBLER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SAMVEL ASOYAN,<br>Defendant. | Case No. 2:23-cr-00168-JCM-BNW<br>**ORDER** |

IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for Monday, April 22, 2024 at 9:00 a.m., be vacated and continued to June 10, 2024 at the hour of 10 : 00 a .m.; or to a time and date convenient to the court.

DATED this 17 day of April, 2024.

UNITED STATES MAGISTRATE JUDGE