JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
David Kiebler
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
david.kiebler@usdoj.gov
*Attorneys for United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-cr-168-JCM-BNW |
| Plaintiff, | **MOTION TO DISMISS WITHOUT PREJUDICE** |
| v. | |
| SAMVEL ASOYAN | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States hereby moves for leave of Court to dismiss without prejudice the Indictment in the above captioned case.

Respectfully submitted this 22nd day of April 2024.

JASON FRIERSON
United States Attorney

/s/ David Kiebler
David Kiebler
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SAMVEL ASOYAN,<br><br>    Defendant. | Case No. 2:23-cr-168-JCM-BNW<br><br>**Dismissal of Indictment Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment in the above captioned case.

                                      JASON FRIERSON
                                      United States Attorney

                                      /s/ David Kiebler
                                      David Kiebler
                                      Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED April 24, 2024.

                                      HONORABLE JAMES C. MAHAN
                                      UNITED STATES DISTRICT JUDGE